FILED

11/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0491

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0491

STATE OF MONTANA,

Plaintiff and Appellee,

v.

RICHARD JAMES SORIA,

Defendant and Appellant.

## ORDER

Upon consideration of Appellant's Motion to Dismiss Duplicate Appeal, and good cause appearing,

IT IS HEREBY ORDERED that cause number DA 20-0491, associated with the appeal of cause number DC 18-1010, is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 20 2020